[No. 9717–2–I.   Division One.   January 18, 1982.]

AUTOMOTIVE MACHINISTS HEALTH & WELFARE TRUST FUND,
ET AL, *Respondents,* v. JAMES MILLER, ET AL,
*Defendants,* MISTER TOPPER TRUCKING,
LTD., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 835216, Frank H. Roberts, Jr., J., entered January 18, 1980. *Dismissed* by unpublished opinion per Andersen, C.J., concurred in by Ringold and Durham, JJ.

[No. 9136–1–I.   Division One.   January 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
ROBERT DENISON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00453–7, Charles R. Denney, J. Pro Tem., entered July 3, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Williams, JJ.

[No. 8690–1–I.   Division One.   January 18, 1982.]

LEWIS C. WAGNER, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–04217–3, Frank H. Roberts, Jr., J., entered April 9, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Williams, JJ.